

Cite as 2015 Ark. 11

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS ACCESS TO JUSTICE COMMISSION | **Opinion Delivered** January 15, 2015 |

## PER CURIAM

Justice Robin Wynne, Arkansas Supreme Court, is appointed to the Arkansas Access to Justice Commission for a three-year term to expire on October 15, 2017. Hon. Robert McCallum, circuit judge, of Arkadelphia, is appointed to the Arkansas Access to Justice Commission to fill the unexpired term of Judge Leon Jamison. This term expires on October 15, 2016. We thank them for their willingness to serve on this important commission.

We express our gratitude to Judge Jamison and Justice Annabelle Imber Tuck for their years of dedicated service to the Arkansas Access to Justice Commission.